**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 05, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 20-1155, *Packard Square LLC v. Canyon Partners LLC, et al*
         Originating Case No. : 2:19-cv-10374

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

                   Sincerely yours,

                   s/Zachary Love
                   For Roy Ford
                   Case Manager

cc: Nathaniel Howard Akerman
   David Ryan Carpenter
   Mr. Phillip J. DeRosier
   Mr. John B. Dolan
   Mr. Rollin A. Ransom
   Mr. Andrew B. Talai

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 20-1155

---

Filed: April 05, 2021

PACKARD SQUARE LLC

    Plaintiff - Appellant

v.

CANYON PARTNERS LLC; CANYON PARTNERS REAL ESTATE LLC; MITCHELL R. JULIS; GERALD GOLDMAN; JOSHUA S. FRIEDMAN; MARIA STAMOLIS; KEVIN SCHOLZ; MARTHA PAGE

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 03/10/2021 the mandate for this case hereby issues today.

COSTS: None